JS 44 (Rev. 10/20) FLSD Revised 02/12/2021

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
STEPHEN LYNCH MURRAY

**DEFENDANTS**
PHIL ARCHER  RON DESANTIS
CHRIS SPROWLS  OKEECHOBEE CTY SHERIFFS OFFICE
PINELLAS CTY SHERIFFS OFFICE

(b) County of Residence of First Listed Plaintiff: OKEECHOBEE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: BREVARD
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☒ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF ☒ 1

## IV. NATURE OF SUIT
☒ 440 Other Civil Rights

## V. ORIGIN
☒ 1 Original Proceeding

FILED BY _____ D.C.
AUG 26 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## VI. RELATED/RE-FILED CASE(S)

## VII. CAUSE OF ACTION
VIOLATION OF CONSTITUTIONAL RIGHTS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ Yes ☐ No

DATE: 8/26/21
SIGNATURE OF ATTORNEY OF RECORD