UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14355-CIV-MARTINEZ-MAYNARD

STEPHEN LYNCH MURRAY,

    Plaintiff,

vs.

PHIL ARCHER, CHRIS SPROWLS,
OKEECHOBEE COUNTY SHERIFF'S
OFFICE, RON DESANTIS, PINELLAS
COUNTY SHERIFF'S OFFICE

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Shaniek K. Maynard, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters, and for a report and recommendation on all dispositive matters. (ECF No. 56). Judge Maynard issued a Report and Recommendation, (ECF No. 67), on the Motions to Dismiss filed by Pinellas County Sheriff's Office, (ECF No. 9); Governor Ron DeSantis, (ECF No. 13); Phil Archer, (ECF No. 20); Okeechobee County Sheriff's Office, (ECF No. 26); and Speaker Chris Sprowls' Notice of Joinder to each Defendants' Motions to Dismiss, (ECF No. 40), (collectively, "Motions to Dismiss").

The R&R recommended as follows:

1.    Governor Ron DeSantis' Motion to Dismiss, (ECF No. 13), be **GRANTED** and that all claims against Governor Ron DeSantis in his official capacity for monetary damages be **DISMISSED WITH PREJUDICE**;

1

2. Speaker Chris Sprowls' Motion to Dismiss, (ECF No. 40), be **GRANTED** and that any claims against Speaker Chris Sprowls in his official capacity for monetary damages be **DISMISSED WITH PREJUDICE**;

3. Pinellas County Sheriff's Office's Motion to Dismiss, (ECF No. 9), and Okeechobee County Sheriff's Office's Motion to Dismiss, (ECF No. 26), be **GRANTED** and that these Defendants be **DISMISSED WITHOUT PREJUDICE** to Plaintiff naming the appropriate party;

4. Any claims in the Complaint alleging First or Fourth Amendment violations by the Defendants based upon the arrest, detention, search, or seizure of Plaintiff or his electronic devices in January 2021 be **DISMISSED WITH PREJUDICE**;

5. That Plaintiff be cautioned that failure to file an amended complaint within 20 days of the Court's order on the R&R may result in dismissal of Plaintiff's case with prejudice without further notice;

6. All pending motions be **DENIED AS MOOT**.

Plaintiff filed Objections to the R&R, (ECF No. 68). He then filed a Motion for Permission to File Objections Exceeding 20 pages in Length to the Magistrate Judge's Report and Recommendation or to Withdraw Complaint Prior to Dismissal ("Motion on R&R") (ECF No. 72). Plaintiff's Motion on R&R seeks to file 77 pages of objections to the R&R, (ECF No. 72-1), in addition to 81 pages of Objections already filed, (ECF No. 68). In the alternative, Plaintiff moves to "withdraw his Complaint before dismissal for the purpose to replace it with multiple complaints[.]" (ECF No. 72 ¶ 6).

The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections to the R&R, (ECF No. 63), agrees with and adopts the R&R. The Court

overrules Plaintiff's Objections to the R&R, (ECF No. 63). Defendants do not object to the R&R, (ECF Nos. 69, 70, 71). Therefore, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Maynard's Report and Recommendation, (ECF No. 67), is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion on R&R, (ECF No. 72), is **DENIED**. The Court will not permit Plaintiff to file another set of objections, let alone 81-pages worth. To the extent Plaintiff wishes to replead his claims, he may do so pursuant to the R&R. But Plaintiff cannot escape dismissal with prejudice of his futile claims by withdrawing his Complaint now. Relatedly, Plaintiff is cautioned that even though he is a *pro se* litigant, he must follow the Local Rules and Federal Rules of Civil Procedure. The Court advises Plaintiff that it will strike any further filings that violate the Local Rules or Federal Rules of Civil Procedure.

It is therefore **ADJUDGED** that

3. Governor Ron DeSantis' Motion to Dismiss, (ECF No. 13), is **GRANTED** and all claims against Governor Ron DeSantis in his official capacity for monetary damages are **DISMISSED WITH PREJUDICE**;

4. Speaker Chris Sprowls' Motion to Dismiss, (ECF No. 40), is **GRANTED** and any claims against Speaker Chris Sprowls in his official capacity for monetary damages are **DISMISSED WITH PREJUDICE**;

5. Pinellas County Sheriff's Office's Motion to Dismiss, (ECF No. 9), and Okeechobee County Sheriff's Office's Motion to Dismiss, (ECF No. 26), are **GRANTED** and that these Defendants are **DISMISSED WITHOUT PREJUDICE** to Plaintiff naming the appropriate party;

6. Any claims in the Complaint alleging First or Fourth Amendment violations by the Defendants based upon the arrest, detention, search, or seizure of Plaintiff or his electronic devices in January 2021 are **DISMISSED WITH PREJUDICE**;

7. **Plaintiff is cautioned that failure to file an amended complaint within 20 days of this Order may result in dismissal of Plaintiff's case with prejudice without further notice**;

8. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **31** day of August, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record