UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14355-CIV-MARTINEZ-MAYNARD

STEPHEN LYNCH MURRAY,

    Plaintiff,

v.

PHIL ARCHER, *et al.*,

    Defendants.

_____/

## ORDER ON OMNIBUS REPORT AND RECOMMENDATIONS

**THIS MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motions, including: (1) Motion for Leave to Amend the Complaint, (ECF No. 84), (2) "FRCP 60(d)(3) Motion to Vacate Orders [and] Motion to Compel Discovery and for Evidentiary Hearing and Sworn Declaration of Plaintiff,", (ECF No. 89), and (3) "Second FRCP 60(d)(3) Motion to Vacate Orders [and] Motion to Compel Discovery and for Evidentiary Hearing and Sworn Declaration of Plaintiff," (ECF No. 90.) Judge Maynard filed an Omnibus Report and Recommendation ("R&R"), recommending that each of Plaintiff's Motions be denied, (ECF No. 94.) After Defendant filed a Notice of Non-Objection to the R&R, (ECF No. 95), Plaintiff filed objections to the R&R, (ECF No. 96). The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Maynard. The Court overrules Plaintiff's Objections, (ECF No. 96).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that

    1.    United States Magistrate Judge Maynard's Report and Recommendation, (ECF No. 94), is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Leave to Amend, (ECF No. 84), is **DENIED**.

3. Plaintiff's first Motion to Vacate, (ECF No. 89), is **DENIED**.

4. Plaintiff's Second Motion to Vacate, (ECF No. 90), is **DENIED**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of June, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record